PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

Name of Offender: Ralph Vito Perna                                                     Cr.: 04-709-01

Name of Sentencing Judicial Officer: Honorable Katherine Hayden, U.S. District Judge

Date of Original Sentence: 05/10/05

Original Offense: Illegal Gambling

Original Sentence: 15 months prison, 2 years supervised release

Type of Supervision: Supervised release                    Date Supervision Commenced: 08/19/06

Assistant U.S. Attorney: Ronald Wigler                     Defense Attorney: Stacy Biancamano, AFPD

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On 12/18/07, the New Jersey Division of Criminal Justice arrested Ralph V. Perna and charged him with Promoting Gambling, Money Laundering, and Racketeering. The offender's criminal conduct occurred during the term of supervision. |
| 2. | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' During the term of supervision, Ralph V. Perna associated with persons engaged in criminal activity and felons, to include; Joseph Perna, John Perna, and John Mangrella. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer /
Intensive Supervision Specialist
Date: 12/18/07

PROB 12C - Page 2
Ralph Vito Perna

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: _
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/19/07
_____
Date