THOMAS A. CATALDO, ESQ.
440 Speedwell Avenue
Morris Plains, NJ  07950
Tele: (973) 326-9860
Fax:  (973) 326-1533
Attorney for Defendant

| | |
|---|---|
| UNITED STATES of AMERICA | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>:<br>: Case No. 2:04 cr-709 (KSH) |
| vs. | : |
| | : **ORDER** |
| RALPH PERNA | : |

**THIS MATTER** having been opened to the Court on Motion of **Thomas A. Cataldo, Esq.** for for an Order modifying the conditions of pre-violation hearing release by removing Ralph Perna from electronic monitoring and home detention, and the Court having considered the matter and good cause appearing

IT IS ON THIS 26th DAY OF May 2010

**ORDERED** that defendant's Motion be granted and that he be removed from electronic monitoring and home detention.

HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE